UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARCUS JOHNSON,**

    Plaintiff,

v.                                Case No: 5:23-cv-387-WFJ-PRL

**FNU PERKINS, et al.,**

    Defendants.

_____

### ORDER

Plaintiff initiated this action on June 20, 2023, by filing a *pro se* Civil Rights Complaint (Doc. 1). The Court entered an Order on July 19, 2023, directing Plaintiff to file either a fully completed Prisoner Consent Form and Financial Certificate, or pay the $402.00 filing fee within thirty days. (Doc. 5). Plaintiff was warned that failure to comply within the allotted time would result in dismissal of this action without further notice. *Id.* As of the date of this Order, Plaintiff has failed to file either a fully completed Prisoner Consent Form and Financial Certificate, or pay the $402.00 filing fee, and has not requested an additional extension of time in which to do so.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     This case is **DISMISSED** without prejudice for failure to comply with a Court order and failure to prosecute.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Ocala, Florida on September 8, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Pro Se Party